# INVOICE

| | |
|---|---|
| Invoice Date | 12/18/2008 |
| Invoice # | 28626 |

5909 W. Loop South #135
Bellaire, TX 77401
(713) 661-6300

Rep: KD
Account #: 108245

**PAID**

Balance Due: $0.00

**Bill To:**
Shah Companies
4660 Sweetwater Blvd, Suite 300
Sugar Land, TX 77479
ATTN: Pritesh Shah

Amount this payment: $ _____

Make checks payable to: **REDNews**

---

PLEASE DETACH AND RETURN TOP PORTION WITH PAYMENT

**REDNews**
5909 W. Loop South #135
Bellaire, TX 77401
(713) 661-6300

| Terms | Due Date | P. O. Number | Account # | Invoice # |
|---|---|---|---|---|
| Due on receipt | 12/18/2008 | January 2009 | 108245 | 28626 |

| Description | Rate | Amount |
|---|---|---|
| Inside Front Cover – Sugar Land/First Colony | 1,995.00 | 1,995.00 |

```
       RED NEWS
   5909 W LOOP SOUTH #135
     BELLAIRE, TX 77401

TERMINAL ID:      004781704
MERCHANT #:       1422931873

AMEX
#xxxxxxxxxxxxx4399
SALE
BATCH: 000102    INVOICE: 002394
DATE: JAN 21, 09  TIME: 08:52
SQ: 010          AUTH NO: 143471

TOTAL       $1995.00

     CUSTOMER COPY
```

We appreciate your business and your prompt payment. Thank you!

| | |
|---|---|
| Subtotal | $1,995.00 |
| Sales Tax (8.25%) | $0.00 |
| Total | $1,995.00 |
| Payments/Credits | $-1,995.00 |
| Balance Due | $0.00 |

SL000026

**EXHIBIT J**

|  | Invoice Date | Invoice # | **INVOICE** |
|---|---|---|---|
|  | 11/18/2008 | 28500 |  |

5909 W. Loop South #135
Bellaire, TX 77401
(713) 661-6300

| | Rep | Account # |
|---|---|---|
| | KD | 108245 |

**PAID**

Balance Due | $0.00

**Bill To:**
Shah Companies
4660 Sweetwater Blvd, Suite 300
Sugar Land, TX 77479
ATTN: Pritesh Shah

Amount this payment: $ _____

Make checks payable to:   **REDNews**

--------------------------------------------------

PLEASE DETACH AND RETURN TOP PORTION WITH PAYMENT

**REDNews**
5909 W. Loop South #135
Bellaire, TX 77401
(713) 661-6300

| Terms | Due Date | P. O. Number | Account # | Invoice # |
|---|---|---|---|---|
| Due on receipt | 11/18/2008 | December 2008 | 108245 | 28500 |

| Description | Rate | Amount |
|---|---|---|
| Inside Front Cover-Sugarland/ First Colony | 1,995.00 | 1,995.00 |

```
       RED NEWS
   5909 W LOOP SOUTH #135
      BELLAIRE, TX 77401

TERMINAL ID:        004781704
MERCHANT #:         1422931873

AMEX
#xxxxxxxxxxxxx4399
SALE
BATCH: 600092      INVOICE: 092350
DATE: NOV 21, 08      TIME: 14:52
SQ: 010            AUTH NO: 185864

TOTAL           $1995.00

       CUSTOMER COPY
```

We appreciate your business and your prompt payment. Thank you!

| | |
|---|---|
| Subtotal | $1,995.00 |
| Sales Tax (8.25%) | $0.00 |
| Total | $1,995.00 |
| Payments/Credits | $-1,995.00 |
| Balance Due | $0.00 |

SL000027

# INVOICE

**Invoice Date:** 10/17/2008
**Invoice #:** 28402

5909 W. Loop South #135
Bellaire, TX 77401
(713) 661-6300

**Rep:** KD
**Account #:** 108245

**Bill To:**
Shah Companies
4660 Sweetwater Blvd, Suite 300
Sugar Land, TX 77479
ATTN: Pritesh Shah

PAID

**Balance Due:** $0.00

Amount this payment: $ _____

Make checks payable to: **REDNews**

---

PLEASE DETACH AND RETURN TOP PORTION WITH PAYMENT

**REDNews**
5909 W. Loop South #135
Bellaire, TX 77401
(713) 661-6300

| Terms | Due Date | P. O. Number | Account # | Invoice # |
|---|---|---|---|---|
| Due on receipt | 10/17/2008 | November 2008 | 108245 | 28402 |

| Description | Rate | Amount |
|---|---|---|
| Inside Front Cover- Sugar Land/ First Colony | 1,995.00 | 1,995.00 |

We appreciate your business and your prompt payment. Thank you!

| | |
|---|---|
| Subtotal | $1,995.00 |
| Sales Tax (8.25%) | $0.00 |
| Total | $1,995.00 |
| Payments/Credits | $-1,995.00 |
| Balance Due | $0.00 |

SL000028

| | Invoice Date | Invoice # | **INVOICE** |
|---|---|---|---|
| | 9/22/2008 | 28267 | |

5909 W. Loop South #135
Bellaire, TX 77401
(713) 661-6300

| | Rep | Account # |
|---|---|---|
| | KD | 108245 |

**PAID**

Balance Due $0.00

**Bill To:**
Shah Companies
4660 Sweetwater Blvd, Suite 300
Sugar Land, TX 77479
ATTN: Pritesh Shah

Amount this payment:  $ _____

Make checks payable to:    **REDNews**

---

PLEASE DETACH AND RETURN TOP PORTION WITH PAYMENT

**REDNews**
5909 W. Loop South #135
Bellaire, TX 77401
(713) 661-6300

| Terms | Due Date | P. O. Number | Account # | Invoice # |
|---|---|---|---|---|
| Due on receipt | 9/22/2008 | October 2008 | 108245 | 28267 |

| Description | Rate | Amount |
|---|---|---|
| Inside Front Cover- Sugar Land/ First Colony | 1,995.00 | 1,995.00 |

```
         5909 W LOOP SOUTH #135
           BELLAIRE, TX 77401

    TERMINAL ID:      004781704
    MERCHANT #:      1422931873

    AMEX
    #xxxxxxxxxxxxx4399
    SALE
    BATCH: 000009    INVOICE: 009335
    DATE: NOV 05, 08    TIME: 09:55
    SQ: 001           AUTH NO: 111569


    TOTAL          $3990.00
```

We appreciate your business and your prompt payment. Thank you!

| Subtotal | $1,995.00 |
|---|---|
| Sales Tax (8.25%) | $0.00 |
| Total | $1,995.00 |
| Payments/Credits | $-1,995.00 |
| Balance Due | $0.00 |

SL000029

**REDNews**
5909 W. Loop South #135
Bellaire, TX 77401
(713) 661-6300

| Invoice Date | Invoice # |
|---|---|
| 8/18/2008 | 28156 |

# INVOICE

| | Rep | Account # |
|---|---|---|
| | KD | 108245 |

PAID

| Balance Due | $0.00 |
|---|---|

**Bill To:**
Shah Companies
4660 Sweetwater Blvd, Suite 300
Sugar Land, TX 77479
ATTN: Denish Shah

Amount this payment: $ _____

Make checks payable to:   **REDNews**

---

PLEASE DETACH AND RETURN TOP PORTION WITH PAYMENT

**REDNews**
5909 W. Loop South #135
Bellaire, TX 77401
(713) 661-6300

| Terms | Due Date | P. O. Number | Account # | Invoice # |
|---|---|---|---|---|
| Due on receipt | 8/18/2008 | September 2008 | 108245 | 28156 |

| Description | Rate | Amount |
|---|---|---|
| Inside Front Cover- Sugarland/ First Colony | 1,995.00 | 1,995.00 |

```
         RED NEWS
      5909 W LOOP SOUTH #135
        BELLAIRE, TX 77401

 TERMINAL ID:           0B4781704
 MERCHANT #:            1422931873

 AMEX
 #xxxxxxxxxxxx4399
 SALE
 BATCH: 000072      INVOICE: 072281
 DATE: AUG 20, 08      TIME: 10:14
 SO: 013            AUTH NO: 145613


 TOTAL           $1995.00

         CUS
```

Amex 4399
PAID 08.20.08 $1995.00

| We appreciate your business and your prompt payment. Thank you! | Subtotal | $1,995.00 |
|---|---|---|
| | Sales Tax (8.25%) | $0.00 |
| | Total | $1,995.00 |
| | Payments/Credits | $-1,995.00 |
| | Balance Due | $0.00 |

SL000030

**REDNews**
5909 W. Loop South #135
Bellaire, TX 77401
(713) 661-6300

# INVOICE

| Invoice Date | Invoice # |
|---|---|
| 7/10/2008 | 27943 |

| Rep | Account # |
|---|---|
| KD | 108245 |

PAID

| Balance Due | $0.00 |
|---|---|

**Bill To:**
Shah Companies
4660 Sweetwater Blvd, Suite 300
Sugar Land, TX 77479
ATTN: Pritesh Shah

Amount this payment: $ _____

Make checks payable to: **REDNews**

---

PLEASE DETACH AND RETURN TOP PORTION WITH PAYMENT

**REDNews**
5909 W. Loop South #135
Bellaire, TX 77401
(713) 661-6300

| Terms | Due Date | P. O. Number | Account # | Invoice # |
|---|---|---|---|---|
| Due on receipt | 7/10/2008 | August 2008 | 108245 | 27943 |

| Description | Rate | Amount |
|---|---|---|
| Inside Front Cover- Sugarland/ First Colony | 1,995.00 | 1,995.00 |

```
        RED NEWS
    9 W LOOP SOUTH #135
    BELLAIRE, TX 77401

                        004781704
MERCHANT #:             1422931873

AMEX
#xxxxxxxxxxxxx4399
SALE
BATCH: 000059     INVOICE: 059236
DATE: JUL 14, 08      TIME: 14:32
SQ: 003           AUTH NO: 126049


TOTAL       $1995.00

      CUSTOMER COPY
```

We appreciate your business and your prompt payment. Thank you!

| | |
|---|---|
| Subtotal | $1,995.00 |
| Sales Tax (8.25%) | $0.00 |
| Total | $1,995.00 |
| Payments/Credits | $-1,995.00 |
| Balance Due | $0.00 |

SL000031

# REDNews

5909 W. Loop South #135
Bellaire, TX 77401
(713) 661-6300

| | Invoice Date | Invoice # | |
|---|---|---|---|
| | 6/20/2008 | 27883 | **INVOICE** |

| | Rep | Account # |
|---|---|---|
| | KD | 108245 |

**PAID**

| Balance Due | $0.00 |
|---|---|

**Bill To:**
Shah Companies
4660 Sweetwater Blvd, Suite 300
Sugar Land, TX 77479
ATTN: Pritesh Shah

Amount this payment:    $ _____

Make checks payable to:    **REDNews**

---

PLEASE DETACH AND RETURN TOP PORTION WITH PAYMENT

# REDNews
5909 W. Loop South #135
Bellaire, TX 77401
(713) 661-6300

| Terms | Due Date | P. O. Number | Account # | Invoice # |
|---|---|---|---|---|
| Due on receipt | 6/20/2008 | July 2008 | 108245 | 27883 |

| Description | Rate | Amount |
|---|---|---|
| Inside Front Cover- Sugarland/ First Colony | 1,995.00 | 1,995.00 |

```
              RED NEWS
          5909 W LOOP SOUTH #135
             BELLAIRE, TX 77401

    TERMINAL ID:        004701704
    MERCHANT #:         1422931873

    AMEX
    #xxxxxxxxxxxx4399
    SALE
    BATCH: 000050       INVOICE: 050201
    DATE: JUN 20, 08    TIME: 14:29
    SQ: 008             AUTH NO: 184063


    TOTAL         $1995.00

          CUSTOMER COPY
```

We appreciate your business and your prompt payment. Thank you!

| | |
|---|---|
| Subtotal | $1,995.00 |
| Sales Tax (8.25%) | $0.00 |
| Total | $1,995.00 |
| Payments/Credits | $-1,995.00 |
| Balance Due | $0.00 |

SL000032

# REDNews

5909 W. Loop South #135
Bellaire, TX 77401
(713) 661-6300

| | Invoice Date | Invoice # | |
|---|---|---|---|
| | 5/21/2008 | 27726 | **INVOICE** |

| | Rep | Account # |
|---|---|---|
| | KD | 108245 |

**PAID**

Balance Due             $0.00

**Bill To:**
Shah Companies
4660 Sweetwater Blvd, Suite 300
Sugar Land, TX 77479
ATTN: Denish Shah

Amount this payment:   $ _____

Make checks payable to:   **REDNews**

---

PLEASE DETACH AND RETURN TOP PORTION WITH PAYMENT

## REDNews
5909 W. Loop South #135
Bellaire, TX 77401
(713) 661-6300

| Terms | Due Date | P. O. Number | Account # | Invoice # |
|---|---|---|---|---|
| Due on receipt | 5/21/2008 | June 2008 | 108245 | 27726 |

| Description | Rate | Amount |
|---|---|---|
| Inside Front Cover- Sugarland First Colony | 1,995.00 | 1,995.00 |

```
       .:NS
    5909 W   P SOUTH #135
        BELLAIRE, TX 77401

TERMINAL ID:         004781704
MERCHANT #:         1422931073

AMEX
#xxxxxxxxxxxxx4399
SALE
BATCH: 000039    INVOICE: 039174
DATE: MAY 23, 08    TIME: 11:21
SQ: 011             AUTH NO: 144818


TOTAL        $1995.00

     CUSTOMER COPY
```

| | | |
|---|---|---|
| We appreciate your business and your prompt payment. Thank you! | **Subtotal** | $1,995.00 |
| | Sales Tax (8.25%) | $0.00 |
| | **Total** | $1,995.00 |
| | Payments/Credits | $-1,995.00 |
| | **Balance Due** | $0.00 |

SL000033

# Invoice

FORT BEND BUSINESS JOURNAL
4655 TECHNIPLEX, SUITE 300
STAFFORD TX 77477
281-690-4200

| Date | Invoice No. |
|---|---|
| 12/01/08 | 53936 |

**Bill To**

DINESH SHAH
4660 SWEETWATER BLVD., STE 300
SUGAR LAND, TX 77479

**Ship To**

| P.O. Number | Terms | Rep | Ship Date |
|---|---|---|---|
|  | Due on receipt | CR | 12/01/08 |

| Item Code | Description | Quantity | Price Each | Amount |
|---|---|---|---|---|
| FBBJ | FBBJ-FULL PAGE | 1 | 795.00 | 795.00 |

Shah # 1089
PAID 12-8-08  $ 795.00

| | | Total | $795.00 |
|---|---|---|---|

# Invoice

*Please send payment to the:*
**Fort Bend Business Journal**
4655 Techniplex Dr., Suite 300 • Stafford TX 77477
**281-690-4200**

| Date | Invoice No. |
|------|-------------|
| 10/30/08 | 53421 |

**Bill To**

DINESH SHAH
4660 SWEETWATER BLVD., STE 300
SUGAR LAND, TX 77479

Shah   # 1079



PAID  $795.00

| P.O. No. | Terms | Rep | Ship Date |
|----------|-------|-----|-----------|
|  | Due on receipt | CR | 10/30/08 |

| Description | Qty | Rate | Amount |
|-------------|-----|------|--------|
| FBBJ-full page | 1 | 795.00 | 795.00 |

| | Total | $795.00 |
|---|---|---|

SL000035

# Invoice

*Please send payment to the:*
**Fort Bend Business Journal**
4655 Techniplex Dr., Suite 300 • Stafford TX 77477
281-690-4200

| Date | Invoice No. |
|---|---|
| 10/03/08 | 53057 |

**Bill To**

DINESH SHAH
4660 SWEETWATER BLVD., STE 300
SUGAR LAND, TX 77479

| P.O. No. | Terms | Rep | Ship Date |
|---|---|---|---|
| | Due on receipt | CR | 10/03/08 |

| Description | Qty | Rate | Amount |
|---|---|---|---|
| FBBJ-FULL PAGE | 1 | 795.00 | 795.00 |

Shah  #1069
PAID 10-6-08  $795

| | Total | $795.00 |
|---|---|---|

SL000036

# Invoice

*Please send payment to the:*

**Fort Bend Business Journal**
4655 Techniplex Dr., Suite 300 • Stafford TX 77477
281-690-4200

| Date | Invoice No. |
|---|---|
| 09/04/08 | 52643 |

**Bill To**

DINESH SHAH
4660 SWEETWATER BLVD., STE 300
SUGAR LAND, TX 77479

| P.O. No. | Terms | Rep | Ship Date |
|---|---|---|---|
|  | Due on receipt | CR | 09/04/08 |

| Description | Qty | Rate | Amount |
|---|---|---|---|
| FBBJ-FULL PAGE | 1 | 795.00 | 795.00 |

Shah  #1058
PAID $795

| | Total | $795.00 |
|---|---|---|

SL000037

# Invoice

*Please send payment to the:*

**Fort Bend Business Journal**
4655 Techniplex Dr., Suite 300 • Stafford TX 77477
281-690-4200

| Date | Invoice No. |
|---|---|
| 08/01/08 | 52055 |

**Bill To**

DINESH SHAH
4660 SWEETWATER BLVD., STE 300
SUGAR LAND, TX 77479

| P.O. No. | Terms | Rep | Ship Date |
|---|---|---|---|
| | Due on receipt | CR | 08/01/08 |

| Description | Qty | Rate | Amount |
|---|---|---|---|
| FBBJ-FULL PAGE | 1 | 795.00 | 795.00 |

Shah

Shah Companies #1067
PAID 08-07-08   $795.00

| | Total | $795.00 |
|---|---|---|

SL000038

*Please send payment to the:*
**Fort Bend Business Journal**
*Fort Bend's ONLY Business News Source, Since 1982*
4655 Techniplex Dr., Suite 300 • Stafford TX 77477
281-690-4200

# Invoice

| Date | Invoice No. |
|---|---|
| 07/01/08 | 51634 |

**Bill To**

DINESH SHAH
4660 SWEETWATER BLVD., STE 300
SUGAR LAND, TX 77479

| P.O. No. | Terms | Rep | Ship Date |
|---|---|---|---|
| | Due on receipt | CR | 07/01/08 |

| Description | Qty | Rate | Amount |
|---|---|---|---|
| FBBJ-FULL PAGE | 1 | 795.00 | 795.00 |

S.C
PAID 7-2-08
CK #1033
$795.00

| | Total | $795.00 |
|---|---|---|

SL000039

*Please send payment to the:*
**Fort Bend Business Journal**
Fort Bend's ONLY Business News Source, Since 1992
4655 Techniplex Dr., Suite 300 • Stafford TX 77477
281-690-4200

# Invoice

| Date | Invoice No. |
|---|---|
| 06/01/08 | 51180 |

**Bill To**

DINESH SHAH
4660 SWEETWATER BLVD., STE 300
SUGAR LAND, TX 77479

| P.O. No. | Terms | Rep | Ship Date |
|---|---|---|---|
|  | Due on receipt | CR | 06/01/08 |

| Description | Qty | Rate | Amount |
|---|---|---|---|
| FBBJ-full page | 1 | 795.00 | 795.00 |

S.C
PAID 6-11-08
CK-1025
$795.00

| | Total | $795.00 |
|---|---|---|

SL000040

*Please send payment to the:*
**Fort Bend Business Journal**
4655 Techniplex Dr., Suite 300 • Stafford TX 77477
**281-690-4200**

# Invoice

| Date | Invoice No. |
|---|---|
| 05/02/08 | 50691 |

**Bill To**

DINESH SHAH
4660 SWEETWATER BLVD., STE 300
SUGAR LAND, TX 77479

*Shah Companies*

| P.O. No. | Terms | Rep | Ship Date |
|---|---|---|---|
|  | Due on receipt | CR | 05/02/08 |

| Description | Qty | Rate | Amount |
|---|---|---|---|
| FBBJ-FULL PAGE | 1 | 795.00 | 795.00 |

S.C
PAID
5-23-08
CK-1015
795.00

| | Total | $795.00 |
|---|---|---|

SL000041

# Invoice

*Please send payment to the:*

**Fort Bend Business Journal**

4655 Techniplex Dr., Suite 300 • Stafford TX 77477
281-690-4200

| Date | Invoice No. |
|---|---|
| 04/01/08 | 50135 |

**Bill To**

DINESH SHAH
4660 SWEETWATER BLVD., STE 300
SUGAR LAND, TX 77479

| P.O. No. | Terms | Rep | Ship Date |
|---|---|---|---|
| | Due on receipt | CR | 04/01/08 |

| Description | Qty | Rate | Amount |
|---|---|---|---|
| FBBJ-FULL PAGE | 1 | 795.00 | 795.00 |

S.C
PAID 4-16-08
CK 1001
$795.00

| | Total | $795.00 |
|---|---|---|

SL000042

*Please send payment to the:*

**Fort Bend Business Journal**

4655 Techniplex Dr., Suite 300 • Stafford TX 77477
281-690-4200

# Invoice

| Date | Invoice No. |
|---|---|
| 03/01/08 | 49658 |

**Bill To**

DINESH SHAH
4660 SWEETWATER BLVD., STE 300
SUGAR LAND, TX 77479

| P.O. No. | Terms | Rep | Ship Date |
|---|---|---|---|
|  | Due on receipt | CR | 03/01/08 |

| Description | Qty | Rate | Amount |
|---|---|---|---|
| FBBJ-FULL PAGE | 1 | 795.00 | 795.00 |

3·11·2008
**PAID**
SC  chk. 1143
$795.00

| | Total | $795.00 |
|---|---|---|

SL000043

# Invoice

*Please send payment to the:*

**Fort Bend Business Journal**

4655 Techniplex Dr., Suite 300 • Stafford TX 77477
281-690-4200

| Date | Invoice No. |
|---|---|
| 02/01/08 | 49183 |

**Bill To**

DINESH SHAH
4660 SWEETWATER BLVD., STE 300
SUGAR LAND, TX 77479

| P.O. No. | Terms | Rep | Ship Date |
|---|---|---|---|
| | Due on receipt | CR | 02/01/08 |

| Description | Qty | Rate | Amount |
|---|---|---|---|
| FBBJ-full page | 1 | 795.00 | 795.00 |

S.C
PAID
2·8·08
CK # 1139
$ 795.00

| | Total | $795.00 |
|---|---|---|

SL000044

# Invoice

*Please send payment to the:*

**Fort Bend Business Journal**
4655 Techniplex Dr., Suite 300 • Stafford TX 77477
281-690-4200

| Date | Invoice No. |
|---|---|
| 01/03/08 | 48861 |

**Bill To**

DINESH SHAH
4660 SWEETWATER BLVD., STE 300
SUGAR LAND, TX 77479

| P.O. No. | Terms | Rep | Ship Date |
|---|---|---|---|
|  | Due on receipt | CR | 01/03/08 |

| Description | Qty | Rate | Amount |
|---|---|---|---|
| FBBJ-FULL PAGE | 1 | 795.00 | 795.00 |

*S.C*
*1-17-08*
*CK # 1127*
*$ 795.00*

**Total** $795.00

SL000045